**XIU HUA WANG,**

v.

**HOLDER.**

**Xiaomin Zhu, Fenbin Chen,**

v.

**Holder.**

**Huang Chen,**

v.

**Holder.**

**Jin Fei Xie,**

v.

**Holder.**

Nos. 12–555, 13–2524, 12–3715, 13–1514.

United States Court of Appeals, Second Circuit.

Oct. 28, 2014.

PRESENT: JON O. NEWMAN, DENNIS JACOBS, and PIERRE N. LEVAL, Circuit Judges.

### *SUMMARY ORDER*

These petitions challenge decisions of the BIA that affirmed decisions of Immigration Judges ("IJ") denying asylum and related relief. The applicable standards of review are well established. *See Jian Hui Shao v. Mukasey,* 546 F.3d 138, 157–58 (2d Cir.2008).

Petitioners, all natives and citizens of China, sought relief from removal based on claims that they fear persecution because they have had more than one child in

violation of China's population control program. For largely the same reasons as this Court set forth in *Jian Hui Shao,* 546 F.3d 138, we find no error in the agency's determination that petitioners failed to demonstrate their eligibility for relief. *See id.* at 158–68.

For the foregoing reasons, these petitions for review are DENIED. As we have completed our review, any stay of removal that the Court previously granted in these petitions is VACATED, and any pending motion for a stay of removal in these petitions is DISMISSED as moot. Any pending request for oral argument in these petitions is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).